UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY WALLACE, | ) | Case No. 2:17-cv-00064-DSF-JC |
| | ) | |
| Petitioner, | ) | ORDER (1) ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF MAGISTRATE JUDGE; (2) GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION TO AMEND; (3) DIRECTING CLERK TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS; (4) STRIKING GROUNDS 1, 3 AND 5 FROM FIRST AMENDED PETITION; AND (5) RE FURTHER BRIEFING ON FIRST AMENDED PETITION |
| v. | ) | |
| STU SHERMAN, | ) | |
| Respondent. | ) | |
| | ) | [DOCKET NO. 63] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions, and recommendation of the Magistrate Judge reflected in the April 14, 2022 Report and Recommendation of United States Magistrate Judge (Report and Recommendation). The Court finds and orders as follows:

1. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

2. Petitioner's December 11, 2020 Status Report with its accompanying Proposed First Amended Petition for Writ of Habeas Corpus (Proposed First Amended Petition) is construed to be a Motion to Amend and is granted in part and denied in part:

    (a) the Motion to Amend is denied to the extent it seeks leave to proceed on Grounds 1, 3, and 5 of the Proposed First Amended Petition as such claims are untimely and do not relate back to the claims that were exhausted when the original Petition for Writ of Habeas Corpus (Petition) was filed, such that amendment to add Grounds 1, 3 and 5 would be futile; and

    (b) the Motion to Amend is granted to the extent it seeks leave to proceed on Grounds 2 and 4 of the Proposed First Amended Petition (including the equal protection predicate) as Grounds 2 and 4 (including the equal protection predicate) either were exhausted when the original Petition was filed or relate back to a claim that was exhausted when the original Petition was filed and accordingly such claims are timely.

3. The Clerk shall file the Proposed First Amended Petition (including its exhibits) (Docket Nos. 63-1 through 63-3) as a First Amended Petition for Writ of Habeas Corpus (First Amended Petition);

4. Grounds 1, 3 and 5 are stricken from the First Amended Petition as petitioner has been denied leave to amend to proceed on such claims for the reasons explained above;

5. Respondent shall file a response to Grounds 2 and 4 of the First Amended Petition and concurrently lodge any documents not already in the record which are necessary to resolve such claims within sixty days of the date of this Order;

6. The parties shall otherwise adhere to the briefing schedule set forth in

the Order Governing Proceedings Involving Petition for Writ of Habeas Corpus filed on January 11, 2017 (Docket No. 6).

IT IS SO ORDERED.

DATED: June 3, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE