UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WALLACE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　Respondent. | Case No. 2:17-cv-00064-WLH-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 15, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), denies the remaining claims in the operative First Amended Petition for Writ of Habeas Corpus on the merits, dismisses this action with prejudice, directs that Judgment be entered accordingly, and directs the Clerk to serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

　　IT IS SO ORDERED.

DATED: 6/18/2024　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE