JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WALLACE, | Case No. 2:17-cv-00064-WLH-JC |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the remaining portions of the operative First Amended Petition for Writ of Habeas Corpus are denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: 6/18/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE